T-Mobile  
PO Box 742596  
Cincinnati, OH 45274