UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | Chapter 7, No. 18-40450-CJP |
| ) | |
| RANDAL LAMARCHE ) | |
| CHRISTINE LAMARCHE ) | |
| ) | |
| Debtors ) | |

### TRUSTEE'S MOTION REOPEN CASE, WITHDRAW REPORT OF NO DISTRIBUTION AND RE-APPOINT CHAPTER 7 TRUSTEE

Now comes JONATHAN R. GOLDSMITH ("Trustee"), the former duly appointed Chapter 7 Trustee in the above-captioned case, and hereby moves this Honorable Court, pursuant to Bankruptcy Code Section 350(b) and Bankruptcy Rule 5010, to reopen the above-captioned case and to re-appoint him as Trustee. In support of this Motion, the Trustee hereby states that as a result of recently received information, the Debtors' case should be reopened as follows:

1.  On March 15, 2018, RANDAL LAMARCHE and CHRISTINE LAMARCHE ("Debtors") filed a Voluntary Petition under the provisions of Chapter 7 of the Code.

2.  On or about March 16, 2018, JONATHAN R. GOLDSMITH accepted the appointment as Trustee for the above-entitled Bankruptcy Estate.

3.  The Section 341 Meeting of Creditors ("Meeting of Creditors") was convened on April 24, 2018.

4.  On or about June 28, 2019, the Trustee filed a Report of No Distribution. The case was closed by the Clerk's Office on October 28, 2019.

5.      The Trustee has recently learned that there may be assets available with which to generate funds to pay a dividend to creditors. Accordingly, the Trustee seeks to have the case reopened. Specifically, the Trustee has learned that the Debtor, Randal Lamarche, has filed a claim with the Clients' Security Board following the disbarment of his former attorney that would be deemed property of the estate pursuant to 11 U.S.C. §541(a)(5).

6.      The Trustee also requests that he be reappointed as Trustee.

WHEREFORE, the Trustee respectfully requests the following:

1.      That this Court reopen this case;

2.      That this Court revoke the Trustee's Report of No Distribution;

3.      That this Court reappoint Jonathan R. Goldsmith as Chapter 7 Trustee; and

4.      For such further relief as this Court deems just and proper.

Respectfully submitted this  18th  day of January, 2024.

JONATHAN R. GOLDSMITH, TRUSTEE

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO#548285)
GOLDSMITH, KATZ & ARGENIO, PC.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Chapter 7, No. 18-40450-CJP |
| | ) | |
| RANDAL LAMARCHE | ) | |
| CHRISTINE LAMARCHE | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I have served a copy of the within Motion to Reopen Case upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 18th day of January, 2024.

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.

MS. JULIE KENNEY
145 PASSACONAWAY DRIVE
DRACUT, MA 01826-1115

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Acima Credit Fka Simpl
9815 S Monroe St Fl 4
Sandy, UT 84070-4296

American Honda Finance
P O Box 168088
Irving, TX 75016-8088

Bank of America Merchant Services
PO Box 17548
Denver, CO 80217-0548

Collection
115 Flanders Rd Ste 140
Westborough, MA 01581-1087

Collection
2653 W Oxford Loop
Oxford, MS 38655-5442

Collection
30 Mass. Ave
North Andover, MA 01845-3458

Collection
4120 International Pkwy
Carrollton, TX 75007-1957

Collection
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Collection
927 Deep Valley Dr
Palos Verdes Peninsula, CA 90274-3808

Comcast
Xfinity mobile
PO Box 1577, Newark, NJ 07101-1577,

Commerce Insurance Company
11 Gore Road
Webster, MA 01570-6802

Dynamic Recovery solutions
PO Box 25759
, undeliverable

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

James Hayes, Esq.
82 Otis Street
Cambridge, MA 02141-1719

Lease & Rental Mgmt Co
45 Haverhill St
Andover, MA 01810-1499

Mermiack Valley
Emergency physicians
PO Box 3497, Boston, MA 02241-3497,

National Grid
PO Box 11735
Newark, NJ 07101-4735

Safety Insurance Company
c/o Law Offices James H. Breen Jr
14 Bobala Road, Suite 2B
Holyoke, MA 01040-9635

Security Credit Services
PO Box 1156
Oxford, MS 38655-1156

Social Security Administration
300 Spring Garden Street
Philadelphia, PA 19123-2999

Southwest Credit
4120 International Pkwy
Suite 1100, Carrollton, TX 75007-1958,

Verizon
PO Box 15124
Albany, NY 12212-5124

Verizon Wireless
Po Box 650051
Dallas, TX 75265-0051

Westlake Financial Svc
4751 Wilshire Bvld
Los Angeles, CA 90010-3847

Danielle M Callahan, Esq.
Callahan Law Group, LLC
400 TradeCenter, Suite 5900
Woburn, MA 01801-7471

Randal Lamarche
351 Lawrence St., Apt. 2 Rear
Lowell, MA 01852-3542

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608-2361

Christine Lamarche
262 University Avenue, 2nd Floor
Lowell, MA 01854