UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re                                             ) Chapter 7, No. 18-40450-CJP
                                                  )
RANDAL LAMARCHE                                   )
CHRISTINE LAMARCHE                                )
                                                  )
            Debtors                               )

*[Left margin stamp: 01/29/2024 GRANTED. THE REOPENING FEE IS HEREBY DEFERRED PENDING WHETHER THE ESTATE RECEIVES SUFFICIENT FUNDS PRIOR TO THE CONCLUSION OF THE CASE.]*

## MOTION TO DEFER PAYMENT OF FILING FEE
## RE: MOTION TO REOPEN CASE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in Bankruptcy in the above-captioned case (hereinafter the "Trustee), and moves for the deferral of the payment of the filing fee for reopening the above-noted case. In support of this Motion, the Trustee respectfully represents as follows:

1. That on January 18, 2024, the Trustee filed a Motion to Reopen the above-noted Chapter 7 bankruptcy case.

2. The Trustee states that there are no funds on hand to pay the required fee for reopening the bankruptcy case.

3. The Trustee states that the reopening of this case is in the best interest of the Estate.

WHEREFORE, the Trustee prays for the entry of an Order allowing the deferral of the filing fee for reopening this case, and that said filing fee be deferred until there is a determination as to