UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re )
)
RANDAL LAMARCHE and )
CHRISTINE LAMARCHE ) Chapter 7
)
Debtors ) Case No. 18-40450
)

## MOTION TO AMEND SCHEDULES A/B and C

The debtors, Randal and Christine Lamarche, move the Court for an order allowing their Amended Schedules A/B and C. The debtors seek to amend their filing to properly disclose the claim against attorney James Hayes, which Debtor Randal Lamarche had at the time of his filing. The claim was disclosed to the Trustee during the 341 Meeting on April 24, 2018.

WHEREFORE, the debtors request that the Court approve their Amended Schedules A/B and C.

Respectfully submitted,
RANDAL LAMARCHE and,
CHRISTINE LAMARCHE,
By their attorney,

Dated: January 29, 2024

*/s/ Danielle Callahan Gill*

Danielle Callahan Gill, BBO # 684908
Callahan Law Group, LLC
400 TradeCenter, Suite 5900
Woburn, MA 01801
617-657-3489

## CERTIFICATE OF SERVICE

I, Danielle Callahan Gill, hereby certify that today, I caused to be served the within document on the following parties by first class, prepaid mail unless another delivery method is indicated.

| | |
|---|---|
| Jonathan R. Goldsmith, Esq.<br>Office of the Chapter 7 Trustee | By ECF Service |
| Richard King, Esq.<br>Office of the US Trustee | By ECF Service |
| Randal and Christine Lamarche | BY EMAIL |
| Honda Finance Corporation<br>c/o Martin A. Mooney, Esq. | By ECF Service |

Mermiack Valley
Emergency physicians
PO Box 3497
Boston, MA 02241

Verizon
PO Box 15124
Albany, NY 12212

National Grid
PO Box 11735
Newark, NJ 07101

Verizon Wireless
Po Box 650051
Dallas, TX 75265

Safety Insurance Company
c/o Law Offices James H. Breen Jr
14 Bobala Road
Suite 2B
Holyoke, MA 01040

Westlake Financial Svc
4751 Wilshire Bvld
Los Angeles, CA 90010

Comcast
Xfinity mobile
PO Box 1577
Newark, NJ 07101

Security Credit Services
PO Box 1156
Oxford, MS 38655

Social Security Administration
300 Spring Garden Street
Philadelphia, PA 19123

Commerce Insurance Company
11 Gore Road
Webster, MA 01570

Dynamic Recovery solutions
PO Box 25759

Southwest Credit
4120 International Pkwy
Suite 1100
Carrollton, TX 75007

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

James Hayes, Esq.
82 Otis Street
Cambridge, MA 02141

Lease & Rental Mgmt Co
45 Haverhill St
Andover, MA 01810

Acima Credit Fka Simpl
9815 S Monroe St Fl 4
Sandy, UT 84070

American Honda Finance
600 Kelly Way
Holyoke, MA 01040

Bank of America Merchant Services
PO Box 17548
Denver, CO 80217

Collection
30 Mass. Ave
North Andover, MA 01845

Collection
2653 W Oxford Loop
Oxford, MS 38655

Collection
927 Deep Valley Dr
Palos Verdes Peninsula, CA 90274

Collection
2653 W Oxford Loop
Oxford, MS 38655

Collection
8014 Bayberry Rd
Jacksonville, FL 32256

Collection
4120 International Pkwy
Carrollton, TX 75007

Collection
115 Flanders Rd Ste 140
Westborough, MA 01581

T-Mobile
PO Box 742596
Cincinnati, OH 45274


*/s/ Danielle Callahan Gill*
_____
Danielle Callahan Gill